In the Matter of WILLIAM H. GRIFFIN, JR., an Attorney, Appellant.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted October 3, 1938; decided October 4, 1938.

*Samuel C. Lewis* and *Einar Chrystie* for motion.

*Edmund Donald Wilson* opposed.

Motion granted and appeal dismissed.

LIVERIGHT PUBLISHING CORPORATION, Respondent, *v.* THEODORE DREISER, Appellant.

Submitted October 3, 1938; decided October 5, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 669.)